Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Dalar Abolian (SBN (314789)
dabolian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendant,
Genesis FS Card Services Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL AUSTRIA,<br><br>                Plaintiff,<br><br>  vs.<br><br>GENESIS FS CARD SERVICES INC.,<br><br>                Defendant. | Case No. 8:19-cv-02462<br><br>**NOTICE OF SETTLEMENT**<br><br>Compl. Filed:         Dec. 19, 2019 |

1   Defendant Genesis FS Card Services Inc. ("Genesis") hereby notifies the Court
2 that it has reached a settlement in this matter with Plaintiff Raphael Austria
3 ("Plaintiff") and is in the process of completing the final closing documents and filing
4 dismissal papers. As Genesis has not filed an answer or a motion for summary
5 judgment in this action, Plaintiff anticipates filing a voluntary dismissal (with
6 prejudice), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with respect to
7 Genesis.

8   Genesis requests that all pending dates and filing requirements pertaining to this
9 matter be tentatively vacated and that the Court set a deadline on or after April 13, 2020
10 for Plaintiff to file a Notice of Voluntary Dismissal.

12 Respectfully submitted,

14 DATED: February 12, 2020                     Reed Smith LLP

                                                By: /s/ Dalar Abolian
                                                    Dalar Abolian
                                                    Abraham J. Colman
                                                    *Attorneys for Defendant,*
                                                    *Genesis FS Card Services*
                                                    *Inc.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware