# UNITED STATES DISTRICT COURT
# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL AUSTRIA,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS FS CARD SERVICES INC.,<br><br>Defendant. | Case No.: 8:19-cv-02462-JLS-ADS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENESIS FS CARD SERVICES INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Genesis FS Card Services Inc., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Genesis FS Card Services Inc., with the parties to bear their own attorneys' fees, costs,

and expenses.

**IT IS ORDERED**.

DATED: March 13, 2020

_____
Honorable Josephine L. Staton
United States District Judge